MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: gcohen@mcrazlaw.com

By: Gary J. Cohen, # 15002
2-16/lav

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| STARWOOD MANAGEMENT, LLC,<br><br>Plaintiff,<br><br>-vs-<br><br>UNITED STATES OF AMERICA: DEPARTMENT OF JUSTICE DRUG ENFORCEMENT AGENCY,<br><br>Defendant. | No.<br><br>**COMPLAINT**<br>**(Asset ID: 12-DEA-559787)** |

Plaintiff STARWOOD MANAGEMENT, LLC, a Nevada limited liability company ("Starwood"), files this its Original Complaint against Defendant UNITED STATES OF AMERICA: DEPARTMENT OF JUSTICE DRUG ENFORCEMENT AGENCY (the "Government"), and for its causes of action and claims for relief would respectfully show the Court as follows:

## PARTIES

1. Plaintiff Starwood Management, LLC is a limited liability company duly organized according to the laws of the State of Nevada, with its principal place of business located in Las Vegas, Nevada.

2. Defendant United States of America: Department of Justice Drug Enforcement Agency may be served with process pursuant to Rule 4(i) of the Federal Rules of Civil Procedure by serving (1) the Office of the Secretary of Commerce, Gary Locke, U.S. Department of Commerce, 1401 Constitution Ave., NW, Washington, DC 20230; (2) the Office of U.S. Attorney General Department of Justice, Eric H. Holder, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001; and (3) the U.S. Attorney for the District of Arizona, Ann Birmingham Scheel, Two Renaissance Square, 40 N. Central Avenue, Suite 1200, Phoenix, AZ 85004-4408.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C.A. §1331, and 28 U.S.C. §1332(a), as this is a civil action arising under the Constitution, and as the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different countries.

4. This Court also has subject matter jurisdiction pursuant to 18 U.S.C. §983 as this is a petition contesting the forfeiture of an asset pursuant to 18 U.S.C. §983.

5. Venue is proper in this district pursuant to 28 U.S.C. §1395(b) and 18 U.S.C. §981.

## FACTS

6. On or about February 3, 2012, a 1982 Gulfstream American Corporation G-1159, Serial Number 347, **Asset ID # 12-DEA-559787** (the "Aircraft"), was seized in Tuscon, Arizona for an alleged violation of 49 U.S.C. §46306.

7. The owner of the seized Aircraft is Starwood Management, LLC. Starwood was the owner when the aircraft was initially registered with the FAA and at the time the Aircraft was seized. The only member of Starwood Management, LLC is its manager, Norma Gonzalez.

8. When the Aircraft was formerly registered with the FAA by Starwood Management, LLC, the documents were signed by Mr. Ed Nunez, operating through a power of attorney given to Mr. Nunez by Starwood. Mr. Nunez is not a United States citizen. Starwood has submitted a new application for registration with the FAA, signed by Ms. Gonzalez, on behalf of Starwood Management. (See Exhibit A). Ms. Gonzalez is a United States citizen.

**COUNT ONE**
**CONTEST OF FORFEITURE**

9. Starwood contests the forfeiture of the Aircraft because it is innocent within the meaning of the innocent owner standard as provided in Title 18 U.S. Code Section 983(d). Upon learning of the conduct giving rise to the forfeiture, Starwood did all that reasonably could be expected under the circumstances to terminate such use of the property. Specifically, when Starwood learned that the signing of the FAA registration document by Ed Nunez was a possible violation of federal law, Starwood re-submitted registration documents executed by the sole member of Starwood, Norma Gonzalez.

10. Starwood requests that the Government promptly file a complaint for forfeiture establishing, by a preponderance of the evidence, that the Aircraft is subject to forfeiture, and if the Government's theory of forfeiture is that the property was used to commit or facilitate the commission of a criminal offense, or was involved in the commission of a criminal offense, that the Government establish that there was a substantial connection between the property and the offense.

11. Starwood requests that the Government return the property pending the filing of any complaint.

12. WHEREFORE, STARWOOD MANAGEMENT LLC respectfully requests that the Court enter judgment that the forfeiture be overturned and the Aircraft be returned to Starwood, and for such other and further relief, general and special, at law or in equity, to which the Court finds Starwood Management, LLC lawfully entitled.

Dated April 18, 2012.

MESCH, CLARK & ROTHSCHILD, P.C.

By *s/Gary J. Cohen*
Gary J. Cohen
Attorneys for Plaintiff

**VERIFICATION**

I, Norma Gonzalez, understand that the information provided in support of this Original Complaint will be relied upon fur purposes of determining my right to return of the forfeited property. I hereby declare under penalty of perjury under the laws of the United States of America that I have fully reviewed the Original Complaint and that it is truthful and accurate in every respect.

Starwood Management, LLC
By: Norma Gonzalez, sole member

Executed on: April 18, 2012

349816